UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILSON RAMOS,

                    Plaintiff,

           -v-

ANDREW M. SAUL, *Commissioner of Social Security*,

                    Defendant.
------------------------------------------------------------------------X

20-CV-4377 (JMF) (DCF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated June 10, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 5. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **August 17, 2020**.

      SO ORDERED.

Dated: August 10, 2020
       New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge