**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILSON RAMOS,

                Plaintiff,                      20 **CIVIL** 4377 (DCF)

      -v-                                    **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 18, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing and de novo decision in the case in accordance with the Commissioners rules and regulations, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g) for a redetermination of Plaintiffs disability during the period of time from February 1, 2010 through August 24, 2015.

**Dated:**  New York, New York
           March 19, 2021

                                                          **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                          **BY:**    *K. Mango*
                                                          _____
                                                          **Deputy Clerk**